United States Bankruptcy Court
District of Arizona

In re:  Case No. 25-09052-BKM
JODY E KNIGHT  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Sep 26, 2025     Form ID: 309A     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JODY E KNIGHT, 3828 N 32ND ST. APT. 220, PHOENIX, AZ 85018-4914 |
| tr | + | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: documents2@phxfreshstart.com | Sep 27 2025 00:30:00 | David Cutler, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main St, Skokie, IL 60076 |
| tr | + | EDI: QDMMAGUIRE7 | Sep 27 2025 04:01:00 | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Sep 27 2025 04:01:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17894728 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 27 2025 01:20:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 17894729 | + | EDI: AZDEPREV.COM | Sep 27 2025 04:01:00 | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 17894731 | + | EDI: CRFRSTNA.COM | Sep 27 2025 04:01:00 | CFNA, Attn: Bankruptcy, Bk?11/Customer Service Po Box 81315, Cleveland OH 44181-0315 |
| 17894732 | | Email/Text: collections@cusocal.org | Sep 27 2025 00:31:00 | Credit Union of Southern California, P.O. Box 76000, Anaheim CA 92809 |
| 17894733 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 27 2025 00:31:00 | CURAE, Attn: Bankruptcy, 5 Concourse Pkwy Ne, Ste 300, Atlanta GA 30328-6101 |
| 17894730 | + | EDI: CAPITALONE.COM | Sep 27 2025 04:01:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17894735 | | EDI: DISCOVER | Sep 27 2025 04:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City UT 84130 |
| 17894734 | + | EDI: MAXMSAIDV | Sep 27 2025 04:01:00 | Dept Of Ed/aidvantage, Po Box 300001, Greenville TX 75403-3001 |
| 17894736 | + | EDI: IRS.COM | Sep 27 2025 04:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 17894737 | + | EDI: JEFFERSONCAP.COM | Sep 27 2025 04:01:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk MN 56377-4500 |
| 17894738 | + | EDI: LENDNGCLUB | Sep 27 2025 04:01:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco CA 94105-5839 |
| 17894739 | + | EDI: AGFINANCE.COM | | |

| | | | | |
|---|---|---|---|---|
| 17894740 | + | EDI: SYNC | Sep 27 2025 04:01:00 | Onemain, Po Box 1010, Evansville IN 47706-1010 |
| 17894741 | + | EDI: SYNC | Sep 27 2025 04:01:00 | Syncb/walmart, Po Box 71746, Philadelphia PA 19176-1746 |
| 17894742 | + | EDI: SYNC | Sep 27 2025 04:01:00 | Synchrony Bank, Attn: Bankruptcy Department, Po Box 965065, Orlando FL 32896-5065 |
| 17894743 | + | EDI: WTRRNBANK.COM | Sep 27 2025 04:01:00 | Synchrony/Car Care Napa, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando FL 32896-5065 |
| 17894744 | ^ | MEBN | Sep 27 2025 04:01:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| | | | Sep 27 2025 00:21:33 | Telecom Selfreported, Po Box 4500, Allen TX 75013-1311 |
| 17894745 | | Email/Text: bknotice@upgrade.com | Sep 27 2025 00:30:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco CA 94111 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Cutler | on behalf of Debtor JODY E KNIGHT documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| Dawn Marie Maguire | trusteemaguire@maguirelawaz.com Dmaguire2@Ecf.axosfs.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | Information to identify the case: | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | JODY E KNIGHT | | | Social Security number or ITIN: | xxx–xx–6092 | |
| | First Name | Middle Name | Last Name | EIN: | _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _ – _ _ _ _ _ _ _ | | |
| United States Bankruptcy Court: | District of Arizona | | | Date case filed for chapter: | 7 | 9/24/25 |
| Case number: | 2:25–bk–09052–BKM | | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JODY E KNIGHT | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3828 N 32ND ST. APT. 220<br>PHOENIX, AZ 85018 | |
| 4. | **Debtor's attorney**<br>Name and address | David Cutler<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main St<br>Skokie, IL 60076 | Contact phone 602–456–1813<br>Email: documents2@phxfreshstart.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Dawn Marie Maguire<br>Chapter 7 Trustee<br>10115 E. Bell Rd.<br>Ste. 107, #619<br>Scottsdale, AZ 85260 | Contact phone 480–207–1987<br>Email: trusteemaguire@maguirelawaz.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | Bankruptcy clerk's office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | | Contact Phone: (602) 682-4000<br>Date: 9/26/25 |
| 7. | **Meeting of creditors** | **October 28, 2025 at 11:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 661 088 4237, and Passcode 9917587882, OR call 1-602-844-1176** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/29/25** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |